UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION



Written Opinion
Under the E-Government Act and Judicial Conference policy

| | |
|---|---|
| RENEE M. HAWKINS, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 2:11-cv-283-JMS-WGH |
| ALORICA, INCORPORATED, ) ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on Plaintiff's Motion to Compel Discovery filed June 26, 2012. (Docket Nos. 73-74).[1] Defendant filed a Memorandum of Law in Opposition to Plaintiff's Motion to Compel on July 13, 2012. (Docket No. 84). Plaintiff's Reply in Support of Her Motion to Compel Discovery was filed on July 18, 2012. (Docket No. 85).

The Magistrate Judge, being duly advised, hereby **GRANTS, in part,** and **DENIES, in part,** the Plaintiff's Motion to Compel Discovery.

The Magistrate Judge finds that the "login/logout data" requested is relevant and the need for its production is not rendered moot by any stipulation as to numerosity. However, the request for all 4,080 customer service

---

[1] The Magistrate Judge finds that no hearing is necessary.

representatives may be unduly broad and burdensome. Defendant shall provide the "login/logout data" in native format for a random sampling of not less than 960 customer service representatives for the time period commencing on October 18, 2011, and ending on April 18, 2012. Plaintiff may designate the manner in which the random sample is selected. The Magistrate Judge **TAKES UNDER ADVISEMENT** whether any additional data must be produced until after the results of the random sampling are analyzed and the costs of further production are better defined.

      **SO ORDERED** the 20th day July, 2012.

                                            William G. Hussmann, Jr.
                                            United States Magistrate Judge
                                            Southern District of Indiana

**Electronic copies to:**

Peter N. Farley
SUTHERLAND ASBILL AND BRENNAN LLP
peter.farley@sutherland.com

Gregory W. Guevara
BOSE MCKINNEY & EVANS, LLP
gguevara@boselaw.com

Katherine Kendricks
SUTHERLAND ASBILL AND BRENNAN LLP
katherine.kendricks@sutherland.com

Robert Peter Kondras Jr.
HUNT HASSLER & LORENZ LLP
kondras@huntlawfirm.net

Allegra J. Lawrence-Hardy
SUTHERLAND ASBILL AND BRENNAN LLP
allegra.lawrence-hardy@sutherland.com

-3-

Kurt E. Lentz
SUTHERLAND ASBILL AND BRENNAN LLP
kurt.lentz@sutherland.com

Andrew M. McNeil
BOSE MCKINNEY & EVANS, LLP
amcneil@boselaw.com